U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

SEP 23 2010

TONY R. M̲c̲_____RK
BY_____DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

UNITED STATES OF AMERICA                    CRIMINAL NO. 01-cr-50061

VERSUS                                      JUDGE WALTER

GLENN WAYNE KELLY                           MAGISTRATE JUDGE HORNSBY

## O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion for Clarification of Sentence Correction of Sentence (Doc. 38) is treated as a Section 2255 motion and denied as untimely.

Rule 11 of the Rules Governing Section 2255 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. The court, after considering the record in this case and the standard set forth in 28 U.S.C. Section 2253, denies a certificate of appealability because the applicant has not made a substantial showing of the denial of a constitutional right.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ___22___ day of ___Sept___, 2010.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE